UNITED STATES of America,
Plaintiff-Appellee,

v.

James Scott ROBINSON,
Defendant-Appellant.

No. 15-7371

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2016

Decided: May 27, 2016

James Scott Robinson, Appellant Pro Se. Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before MOTZ, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Scott Robinson seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2012) motion as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Robinson, No. 5:02-cr-00080-H-1; 5:13-cv-00463-H (E.D.N.C. July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED.